IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **A.G.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**NORTHBOOK INDUSTRIES, INC., d/b/a UNITED INN AND SUITES,**<br><br>**Defendants.** | **CIVIL ACTION FILE NUMBER:**<br><br>**1:20-CV-05231-JPB** |

**DEFENDANT NORTHBROOK INDUSTRIES, INC., D/B/A UNITED INN AND SUITES' REBUTTAL EXPERT DISCLOSURE**

Pursuant to Rule 26(a)(2)(D)(ii) of the Federal Rules of Civil Procedure, Defendant Northbrook Industries, Inc. d/b/a United Inn and Suites submits the name of the rebuttal expert witness it anticipates calling to testify at trial who is anticipated to provide rebuttal expert testimony in her respective field as a sex trafficking expert against both of Plaintiff's experts.

RETAINED EXPERT

    1.    Dr. Kimberly Mehlman-Orozco

           Human Trafficking Expert

           Break the Chain, LLC

15920 Fairway Drive

Dumfries, VA 22025

The report of the above-mentioned individual, which complies with Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure, is being served pursuant to Rule 26(a)(2)(D)(ii) of the Federal Rules of Civil Procedure on Plaintiff in accordance with this Court's Amended Scheduling Order.

This <u>14th</u> day of July, 2023.

                                                                   **HALL BOOTH SMITH, PC**

                                                                   /s/  *Don B. Brown*
                                                                   _____

| | |
|---|---|
| 191 Peachtree Street | DON B. BROWN |
| Suite 2900 | Georgia Bar No.: 496667 |
| Atlanta, Georgia 30303 | MEGHAN PITTMAN |
| 404-954-5000 | Georgia Bar No.: 616791 |
| 404-954-5020 – Fax | *Attorneys for Defendants Northbrook* |
| DBrown@hallboothsmith.com | *Industries, Inc., d/b/a United Inn and* |
| MeghanPittman@hallboothsmith.com | *Suites* |

#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE NORTHERN DISTRICT OF GEORGIA
#### ATLANTA DIVISION

| | |
|---|---|
| A.G., <br><br> Plaintiff, <br><br> v. <br><br> NORTHBOOK INDUSTRIES, INC., d/b/a UNITED INN AND SUITES, <br><br> Defendants. | **CIVIL ACTION FILE NUMBER:** <br><br> **1:20-CV-05231-JPB** |

### CERTIFICATE OF SERVICE

I hereby certify that I have this day caused a true copy of the foregoing **DEFENDANT NORTHBROOK INDUSTRIES, INC., D/B/A UNITED INN AND SUITES' REBUTTAL EXPERT DISCLOSURE** to be filed with the Clerk of the Court by using the Pacer NextGen CM/ECF system, which will automatically send a notice of electronic filing to all counsel of record in this case.  No other counsel or parties are known to the undersigned to be entitled to received service of papers filed in this case:

| | |
|---|---|
| Richard W. Hendrix<br>W. Carl Lietz, III<br>David H. Bouchard<br>FINCH McCRANIE, LLP 225<br>Peachtree Street NE 1700 South Tower<br>Atlanta, Georgia 30303<br>rhendrix@finchmccranie.com<br>carl@finchmccranie.com<br>david@finchmccranie.com<br>*Attorneys for Plaintiff A.G.* | Jonathan S. Tonge<br>Patrick J. McDonough<br>ANDERSEN, TATE & CARR,<br>P.C. One Sugarloaf Centre<br>1960 Satellite Boulevard Suite 4000<br>Duluth, Georgia 30097<br>jtonge@atclawfirm.com<br>pmcdonough@atclawfirm.com<br>*Attorneys for Plaintiff A.G.* |

Respectfully submitted this 14th day of July, 2023.

**HALL BOOTH SMITH, PC**

/s/  Don B. Brown

_____

| | |
|---|---|
| 191 Peachtree Street<br>Suite 2900<br>Atlanta, Georgia 30303<br>404-954-5000<br>404-954-5020 – Fax<br>DBrown@hallboothsmith.com<br>MeghanPittman@hallboothsmith.com | DON B. BROWN<br>Georgia Bar No.: 496667<br>MEGHAN PITTMAN<br>Georgia Bar No.: 616791<br>*Attorneys for Defendants Northbrook Industries, Inc., d/b/a United Inn and Suites* |