UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| A.G., )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>NORTHBROOK INDUSTRIES, INC., )<br>d/b/a UNITED INN AND SUITES, )<br>)<br>   Defendant. ) | CIVIL ACTION NO.<br><br>1:20-cv-05231-JPB |

**NOTICE OF APPEARANCE**

Rory A. Weeks, of the law firm of Andersen, Tate & Carr, P.C., gives notice of his appearance as counsel of record on behalf of Plaintiff.

Respectfully submitted on July 12, 2024.

                              ANDERSON, TATE & CARR, P.C.

                              */s/ Rory A. Weeks*
                              Patrick J. McDonough
                              pmcdonough@atclawfirm.com
                              Georgia Bar No. 489855
                              Jonathan S. Tonge
                              jtonge@atclawfirm.com
                              Georgia Bar No. 303999
                              Rory A. Weeks
                              rweeks@atclawfirm.com
                              Georgia Bar No. 113491

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 – Telephone
(770) 822-9680 – Facsimile

        FINCH McCRANIE, LLP
        Richard W. Hendrix
        rhendrix@finchmccranie.com
        Georgia Bar No. 346750
        David H. Bouchard
        david@finchmccranie.com
        Georgia Bar No. 712859

229 Peachtree Street, NE
Suite 2500
Atlanta, Georgia 30303
(404) 658-9070 – Telephone
(404) 688-0649 – Facsimile

        *Attorneys for Plaintiff*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

Respectfully submitted on July 12, 2024.

ANDERSEN, TATE & CARR, P.C.

*/s/ Rory A. Weeks*
Patrick J. McDonough
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
Jonathan S. Tonge
Georgia Bar No. 303999
jtonge@atclawfirm.com
Rory A. Weeks
Georgia Bar No. 113491
rweeks@atclawfirm.com
*Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile