IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| A.G., | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | CIVIL ACTION FILE |
| vs. | : | |
| | : | NO. 1:20-cv-05231-JPB |
| NORTHBROOK INDUSTRIES, | : | |
| INC., D/B/A UNITED INN AND | : | |
| SUITES, | : | |
| | : | |
| **United Inn.** | : | |

## NOTICE OF FILING SUPPLEMENTAL EXHIBITS TO PLAINTIFF'S MOTION FOR SANCTIONS AND MEMORANDUM IN SUPPORT

In a hearing on August 6, 2024 regarding Plaintiff's Motion for Sanctions and Memorandum in Support, the Court authorized Plaintiff's undersigned counsel to submit an updated exhibit documenting the fees Plaintiff's counsel has incurred as a result of Defendant's discovery negligence. Plaintiff hereby provides notice of filing the updated exhibit to Plaintiff's Motion for Sanctions and Memorandum in Support. The updated exhibit reflects the time Plaintiff's counsel spent filing a Reply in Support of Plaintiff's Motion for Sanctions (which was not accounted for in the original exhibit) and the time Plaintiff's counsel spent preparing for and participating in the August 6th hearing on Plaintiff's Motion for Sanctions.

This 13th day of August, 2024.

/s/ David H. Bouchard
Richard W. Hendrix
rhendrix@finchmccranie.com
Georgia Bar No. 346750
David H. Bouchard
david@finchmccranie.com
Georgia Bar No. 712859

FINCH McCRANIE, LLP
229 Peachtree Street, NE
Suite 2500
Atlanta, Georgia 30303
(404) 658-9070 – Telephone
(404) 688-0649 – Facsimile

/s/ Rory A. Weeks
Patrick J. McDonough
pmcdonough@atclawfirm.com
Georgia Bar No. 489855
Jonathan S. Tonge
jtonge@atclawfirm.com
Georgia Bar No. 303999
Rory A. Weeks
rweeks@atclawfirm.com
Georgia Bar No. 113491

ANDERSON, TATE & CARR, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 – Telephone
(770) 822-9680 – Facsimile

*Attorneys for Plaintiff*

## **CERTIFICATE OF COMPLIANCE**

This is to certify that the foregoing pleading has been prepared with a font and point selection approved by the Court in LR 5.1., NDGA. Specifically, the above-mentioned pleading was prepared using Times New Roman font of 14-point size.

                              Respectfully submitted,

                              */s/ David H. Bouchard*
                              Richard W. Hendrix
                              rhendrix@finchmccranie.com
                              Georgia Bar No. 346750
                              David H. Bouchard
                              david@finchmccranie.com
                              Georgia Bar No. 712859

FINCH McCRANIE, LLP
229 Peachtree Street, NE
Suite 2500
Atlanta, Georgia 30303
(404) 658-9070 – Telephone
(404) 688-0649 – Facsimile

                              *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certify that Plaintiff, through her attorneys, has served a true and correct copy of the foregoing pleading into this District's ECF System, which will automatically forward a copy to counsel of record in this matter.

Dated: This 13th day of August, 2024.

> */s/ David H. Bouchard*
> Richard W. Hendrix
> rhendrix@finchmccranie.com
> Georgia Bar No. 346750
> David H. Bouchard
> david@finchmccranie.com
> Georgia Bar No. 712859

FINCH McCRANIE, LLP
229 Peachtree Street, NE
Suite 2500
Atlanta, Georgia 30303
(404) 658-9070 – Telephone
(404) 688-0649 – Facsimile

*Attorneys for Plaintiff*