UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| A.G., <br><br> Plaintiff, <br><br> v. <br><br> NORTHBROOK INDUSTRIES, INC., d/b/a UNITED INN AND SUITES, <br><br> Defendant. | CIVIL ACTION NO. 1:20-CV-05231-JPB |

# ORDER

This matter is before the Court on Northbrook Industries, Inc.'s ("Defendant") Motion for Leave to File Supplemental Brief [Doc. 157]. The motion is unopposed. See LR 7.1(B) ("Failure to file a response [to a motion] shall indicate that there is no opposition to the motion."). Because the motion is unopposed and because new arguments were raised during oral argument, Defendant's Motion for Leave to File Supplemental Brief [Doc. 157] is **GRANTED**.

**IT IS HEREBY ORDERED** that no later than fourteen days from the date of this order, Defendant may file either a supplemental brief in support of its

response to Plaintiff's Motion for Sanctions or file a response brief to Plaintiff's Motion for Reconsideration.

    **SO ORDERED** this 14th day of November, 2024.

                                                      J. P. BOULEE
                                                      United States District Judge