**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| A.G.        ) | |
|        ) | |
|   Plaintiff,        ) | |
|        ) | CIVIL ACTION |
| v.        ) | FILE NO.  1:20-CV-05231-JPB |
|        ) | |
| NORTHBROOK INDUSTRIES, INC.,   ) | |
|        ) | |
|   Defendant,        ) | |
|        ) | |
|        ) | |

## DEFENDANT NORTHBROOK INDUSTRIES, INC.'S ENTRY OF APPEARANCE FOR GRAY, RUST, MOFFETT, & BRIESKE, LLP

COMES NOW, Matthew G. Moffett, Esq., Chris J. Perniciaro, Esq., James E. Arnett, Jr. Esq., and the law firm of GRAY, RUST, MOFFETT, & BRIESKE, LLP makes this Entry of Appearance as counsel for Northbrook Industries, Inc., Defendant in the above action. All further notices and communications intended for the Defendant should be delivered to the undersigned counsel of record.

Respectfully submitted, this the  9th  day of  July , 2026.

**GRAY, RUST, MOFFETT &**
**BRIESKE, L.L.P.**
950 East Paces Ferry Road, N.E.
Suite 1700 – Salesforce Tower Atlanta
Atlanta, Georgia 30326
Telephone:  (404) 870-1037

*/s/ James E. Arnett, Jr.*
Matthew G. Moffett
Georgia State Bar No.:  515323
Chris J. Perniciaro
Georgia State Bar No.: 618477

Facsimile:  (404) 870-7374              James E. Arnett, Jr.
Email:      mmoffett@grmb.com           Georgia State Bar No.: 660282
            cperniciaro@grmb.com        *Attorneys for Northbrook Industries,*
            jarnett@grmb.com            *Inc.*

## CERTIFICATE OF SERVICE AND COMPLIANCE WITH L.R. 5.1

This is to certify that on this date, the undersigned served a true and correct copy of the foregoing pleading with the Clerk of Court using the CM/ECF system providing electronic service to other counsel:

**David Holmes Bouchard, Esq.**
**Richard Wayne Hendrix, Esq.**
**Warren Carl Lietz , III, Esq.**
**Gabe Knisely, Esq.**
**FINCH MCCRANIE, LLP**
**229 Peachtree Street, N.E.**
**Suite 2500, International Tower**
**Atlanta, GA 30303**
*Attorneys for Plaintiff*

**Jonathan Tonge, Esq.**
**Patrick J. McDonough, Esq.**
**Rory Allen Weeks, Esq.**
**ANDERSEN, TATE & CARR, PC**
**One Sugarloaf Centre**
**1960 Satellite Blvd.**
**Suite 4000**
**Duluth, GA 30097**
*Attorneys for Plaintiff*

**Cameron A. Mobley, Esq.**
**LEWIS BRISBOIS BISGAARD & SMITH, LLP.**
**600 Peachtree Street NE**
**Suite 4700**
**Atlanta, Georgia 30308**
*Attorneys for Defendant*

Further, this is to certify that the foregoing pleading complies with the font and point selections approved by the Court in Local Rule 5.1. It is prepared in Times New Roman 14-point font.

Dated the  9th  day of  July , 2026.

**GRAY, RUST, MOFFETT &**
**BRIESKE, L.L.P.**                         */s/ James E. Arnett, Jr.*
950 East Paces Ferry Road, N.E.          Matthew G. Moffett
Suite 1700 – Salesforce Tower Atlanta    Georgia State Bar No.:  515323

Atlanta, Georgia 30326
Telephone:  (404) 870-1037
Facsimile:  (404) 870-7374
Email:      mmoffett@grmb.com
            cperniciaro@grmb.com
            jarnett@grmb.com

Chris J. Perniciaro
Georgia State Bar No.: 618477
James E. Arnett, Jr.
Georgia State Bar No.: 660282
*Attorneys for Northbrook Industries, Inc.*